United States District Court
Eastern District of Washington

Jonathan Lee Riches,
Plaintiff

CV-08-219-RHW

V,

Kerri Strug; Bela Karolyi; State of Washington Department of corrections; Washington State Penitentiary; Richland Police Department; Benton County Jail; Geiger corrections facility; Spokane County Jail; Spokane Police Department,
Defendants

## STATE Relief under 28 USC 2254

The state of Washington and defendants have Lodged a detainer on me for a probation violation and pending charges from 2001. Plaintiff Jonathan Lee Riches submits this 28 USC 2254 state relief motion on 7-1-08 against defendants who are denying me due process and violating my civil rights. Because of this state detainer, I'm denied the residential 500 hr drug program that entitles me to a year off. This Detainer by Defendants also puts me in danger with my security and classification, as I'm a Non violent white collar offender sentenced on a Identity theft ring to 125 months in prison, but I'm in a medium facility with violent criminals because of this detainer. I'm scared, I'm forced to grow a beard to survive prison predators. I've had commissary taken, I've been Assaulted in the past, my walkman got taken. The state of Washington is violating the double Jeopardy cause, I've already been sentenced for my crime. I seek defendants to respond, and seek the removal of my detainer.

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400

RECEIVED
JUL 09 2008
CLERK, U.S. DISTRICT COURT
RICHLAND, WASHINGTON

7-1-08