UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>    Petitioner,<br><br>vs.<br><br>KARRI STRUG, *et al.*,<br><br>    Respondents. | NO.  CV-08-219-RHW<br><br>ORDER TO SHOW CAUSE |

    On July 9, 2008, the court received from Mr. Riches, a federal prisoner in South Carolina, a *pro se* document titled, "STATE Relief under 28 U.S.C. § 2254." Mr. Riches appears to be challenging a Washington State detainer lodged against him. His document, however, was not on the standard form for habeas corpus petitions as required by LR 9.1, Local Rules for the Eastern District of Washington. Furthermore, Mr. Riches failed to pay the $5.00 filing fee for this action or to submit an application to proceed without prepayment of fees as required by 28 U.S.C. §§ 1914 and 1915.

    By letter dated July 23, 2008, the District Court Executive advised Mr. Riches of these deficiencies, supplied him with the necessary documents and directed him to comply with the filing fee requirements and to submit his petition on the form provided within thirty (30) days. Mr. Riches did not comply and he has filed nothing

ORDER TO SHOW CAUSE -- 1

further in this action.

At this time, **IT IS ORDERED** Mr. Riches shall **SHOW CAUSE** within **twenty (20) days** of the date of this Order why the action should not be dismissed for failure to comply with the filing fee requirements, as well as provisions of this court's Local Rules.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward a copy to Petitioner, and set a case management deadline accordingly.

**DATED** this 29th day of August 2008.

      s/Robert H. Whaley
ROBERT H. WHALEY
CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2008\8cv219rhw-8-26-scRiches.wpd

ORDER TO SHOW CAUSE -- 2