UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>           Petitioner,<br><br>  vs.<br><br>KARRI STRUG, *et al.*,<br><br>           Respondents. | NO. CV-08-219-RHW<br><br>ORDER DISMISSING PETITION |

    By Order filed August 29, 2008, the court directed Mr. Riches, a federal prisoner in South Carolina, to show cause why this action should not be dismissed for failure to comply with the filing fee requirements, as well as provisions of this court's Local Rules. Petitioner did not comply and he has filed nothing further in this action. The court must assume Mr. Riches has chosen to abandon this case. Therefore, **IT IS ORDERED** the petition is **DISMISSED without prejudice** under Fed. R. Civ. P. 41(b).

    **IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner and close the file.

    **DATED** this 14th day of October, 2008.

                          *S/ Robert H. Whaley*
                          ROBERT H. WHALEY
          CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2008\8cv219rhw-9-19-disRiches.wpd

ORDER DISMISSING PETITION -- 1