AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JONATHAN LEE RICHES

          PETITIONER,

          v.

KARRI STRUG, et al,

          RESPONDENTS.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-219-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THE PETITION IS DISMISSED WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(b).

October 14, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Stevie Perry
*(By) Deputy Clerk*
Stevie Perry